AO 450 (Rev. 01/09)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

CORBYN HOWARD

R.H.
*Minor Child*

       Plaintiffs
v.                                                                      Civil Action No. 3:23-cv-300

KELLY FISHER
*North Judson Police Department Officer, individual and official capacity*

DON GARAB
*North Judson Police Department Officer, individual and official capacity*

CHAD MCDONALD
*Starke County Sheriff's Officer, individual and official capacity*

       Defendants

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that (*check one*):

☐ the Plaintiff(s), _____ recover from the Defendant(s) _____ damages in the amount of _____, plus post-judgment interest at the rate of ____ %

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant recover costs from the plaintiff _____

**X** Other: This case is DISMISSED WITHOUT PREJUDICE pursuant to Federal Rule of Civil Procedure 41(b).

This action was (*check one*):

☐ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

**X** decided by  Judge Jon E. DeGuilio.

DATE:  09/18/2023          CHANDA J. BERTA, CLERK OF COURT

by    s/J. Barboza
*Signature of Clerk or Deputy Clerk*